UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

SCOOTER LYNN ROBINSON                                      PLAINTIFF

VS.                                      CIVIL ACTION NO. 3:15CV263TSL-RHW

NORRIS HOGANS, ET AL.                                     DEFENDANTS

ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on May 19, 2016, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on May 19, 2016, be, and the same is hereby adopted as the finding of this court.  It follows that plaintiff's motion for summary judgment is hereby denied without prejudice.

SO ORDERED this 13th day of June, 2016.


                    /s/ Tom S. Lee
                    UNITED STATES DISTRICT JUDGE