```
             UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF MISSISSIPPI
                    NORTHERN DIVISION
```

SCOOTER LYNN ROBINSON                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:15CV263TSL-RHW

NORRIS HOGANS, ET AL.                                   DEFENDANTS

## ORDER

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on December 8, 2016, and being duly advised in the premises, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on December 8, 2016, be, and the same is hereby adopted as the finding of this court.  It follows that defendant Ms. Rutledge, Kitchen Supervisor is dismissed without prejudice based on plaintiff's failure to prosecute.

SO ORDERED this 3rd day of January, 2017.


                          /s/ Tom S. Lee
                         UNITED STATES DISTRICT JUDGE