```
          UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF MISSISSIPPI
                NORTHERN DIVISION
```

SCOOTER LYNN ROBINSON                                    PLAINTIFF

VS.                             CIVIL ACTION NO. 3:15CV263TSL-RHW

NORRIS HOGANS, ET AL.                                   DEFENDANTS

<u>ORDER</u>

This cause came on this date to be heard upon the report and recommendation of United States Magistrate Judge Robert H. Walker, and the court, having fully reviewed the report and recommendation entered in this cause on March 17, 2017, and being duly advised in the premises and there being no objection filed by plaintiff, finds that said report and recommendation should be adopted as the opinion of this court.

IT IS, THEREFORE, ORDERED that the report and recommendation of United States Magistrate Judge Robert H. Walker entered on March 17, 2017, be, and the same is hereby adopted as the finding of this court.  It follows that defendants Delaine and Ratcliff are dismissed without prejudice based on plaintiff's failure to prosecute.

SO ORDERED this 10th day of April, 2017.

/s/ Tom S. Lee
UNITED STATES DISTRICT JUDGE